# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| CHICAGO TILE INSTITUTE WELFARE PLAN, et. al., v. A-1 CUSTOM TILE INCORPORATED | **FILED: AUG. 07, 2008**<br>**08CV4455**<br>**JUDGE ST. EVE**<br>**MAGISTRATE JUDGE BROWN**<br>**AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS

| NAME (Type or print) |
|---|
| MICHAEL J. MCGUIRE |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| /s/ Michael J. McGuire |

| FIRM |
|---|
| GREGORIO & ASSOCIATES |

| STREET ADDRESS |
|---|
| 2 N. LASALLE ST., SUITE 1650 |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6290180 | (312) 263-2343 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐