## United States District Court for the Northern District of Illinois

Case Number: 08CV4455    Assigned/Issued By: DAJ

Judge Name: ST.EVE    Designated Magistrate Judge: BROWN

### FEE INFORMATION

*Amount Due:*  [✓] $350.00    [ ] $39.00    [ ] $5.00

[ ] IFP    [ ] No Fee    [ ] Other _____

[ ] $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00    Receipt #: 3002538

Date Payment Rec'd: 08/07/08    Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons    [ ] Alias Summons

[ ] Third Party Summons    [ ] Lis Pendens

[ ] Non Wage Garnishment Summons    [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons    _____

[ ] Citation to Discover Assets    (Victim, Against and $ Amount)

[ ] Writ _____
(Type of Writ)

  1   Original and   0   copies on   08/07/08   as to   DEF.  _____
                                    (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05